# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**DANENE** QUIGLEY,

        **Plaintiff,**

vs.                                  **Case No.: 20-cv-**594

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

        **Defendant.**

## NOTICE OF APPEAL

***Notice is hereby given*** that Danene Quigley, by her attorney, Dana W. Duncan, Duncan Disability Law, S.C., plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated October 8, 2021 and the judgment dated October 8, 2021, by Federal District Judge Barbara B. Crabb, which affirmed the decision of the Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 7th day of December, 2021.

                                                **DUNCAN DISABILITY LAW, S.C.**
                                                Attorneys for the Plaintiff

                                                /s/ Dana W. Duncan

                                                Dana W. Duncan
                                                State Bar I.D. No.
                                                01008917 555 Birch St
                                                Nekoosa, WI 54457
                                                (715) 423-4000